**Paz R. TUBIANOSA, Appellant,**

v.

**Edward J. DERWINSKI, Secretary of Veterans Affairs, Appellee.**

**No. 90–893.**

United States Court of Veterans Appeals.

Sept. 3, 1992.

Before STEINBERG, Associate Judge.

### ORDER

On July 2, 1992, the Court issued a single-judge memorandum decision vacating a March 16, 1990, decision of the Board of Veterans' Appeals (Board) and remanding the record to the Board for readjudication, 3 Vet.App. 208. On July 16, 1992, the Secretary of Veterans Affairs filed a motion for reconsideration, or review by a panel, of the Court's decision.

On consideration of the foregoing, it is

ORDERED that the Secretary's motion for reconsideration is granted. On reconsideration, the appeal will be referred to a panel of the Court. It is further

ORDERED that the Secretary's motion for review by a panel is denied as moot.